IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:13-CR-00091-LJO |
| | ) | |
| Plaintiff, | ) | ORDER OF RELEASE |
| | ) | |
| vs. | ) | |
| | ) | |
| RAFAEL CONTRERAS DE LA ROSA | ) | |
| | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on August 26, 2013.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:　August 26, 2013**　　　　/s/ **Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE